UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICHAEL H. SUSSMAN, BENNETT
WEISS, MAURY KNIGHT and DEMOCRATIC
ALLIANCE OF ORANGE COUNTY,

                  Plaintiffs,

-vs-

BRIAN A. CRAWFORD, GARRISON
COMMANDER and UNITED STATES
MILITARY ACADEMY AT WEST POINT,

                  Defendants.
-----------------------------------------------------------X

07 CV. 3793 (CLB)

07 CIV. 3793 (CLB)

### ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER

PLEASE TAKE NOTICE THAT upon the affidavit of Michael H. Sussman, sworn to on May 11, 2007; and Stephen Bergstein, sworn to on May 14, 2007, the exhibits annexed thereto, and upon the copy of the complaint hereto annexed and the memorandum of law, it is

ORDERED, that the above named defendants show cause before this Honorable Court, at Room 218 United States Courthouse, 300 Quarropas Street, White Plains, New York, 10601, on May 17, 2007, at 9:00 o'clock in the fore noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure during the pendency of this action enjoining the defendant to issue written permission for plaintiffs to hold a peaceful protest march at the United States Military Academy on May 26, 2007 commencing at 9:00 a.m.;

AND IT IS FURTHER ORDERED that sufficient reason having been shown therefor, pending the hearing of plaintiffs' application for a preliminary injunction, pursuant to Rule 65 of the

~~Federal Rules of Civil Procedure, defendant is temporarily restrained and enjoined to issue written permission for plaintiffs to hold a peaceful protest march at the United States Military Academy on May 26, 2007 commencing at 9:00 a.m.;~~ *deleted*

and it is further ORDERED That trial on the merits

~~AND IT IS FURTHER ORDERED that security in the amount of $_____ be posted by the plaintiffs prior to _____, at _____ o'clock in the _____ noon of that day;~~

be consolidated with the Rule 65 hearing pursuant to Rule 65(a); and it is forth

AND IT IS FURTHER ORDERED that personal service of a copy of this order and and the Summons and Complaint and on the Defendants annexed affidavits, upon the Office of the United States Attorney, on or before 4:55 o'clock in the ~~af~~ noon, May 16, 2007, shall be deemed good and sufficient service thereof.

DATED: White Plains, New York

ISSUED: at 12:10 PM after hearing counsel. See transcript

SO ORDERED!

_____
Charles Brieant
UNITED STATES DISTRICT JUDGE