UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL H. SUSSMAN, BENNETT
WEISS, MAURY KNIGHT and
DEMOCRATIC ALLIANCE OF
ORANGE COUNTY,

        Plaintiffs,                        07 Civ. 3793(CLB)

-vs-

BRIAN A. CRAWFORD, GARRISON
COMMANDER and UNITED STATES
MILITARY ACADEMY AT WEST POINT,

        Defendants.
------------------------------------------------------------X

## GOVERNMENT'S PROPOSED EXHIBIT LIST

Defendants Brian A. Crawford, in his official capacity as Garrison Commander, and the United States Military Academy at West Point (collectively, the Government"), by their attorney, Michael J. Garcia, United States Attorney for the Southern District of New York, respectfully submit the following list of exhibits the Government intends to introduce in its case-in-chief at the hearing scheduled by the Court for Thursday, May 17, 2007, at 9:00 in the morning concerning plaintiffs' motion for a temporary restraining order and a preliminary injunction. The Government respectfully reserves the right to introduce additional exhibits for purposes of impeachment.

| | |
|---|---|
| Government Exhibit A: | USMA Regulation 27-2: Protests, Picketing, And Other Similar Demonstrations |
| Government Exhibit B: | Letter dated April 16, 2007 from Michael Sussman to the Staff Judge Advocate and the Provost Marshall of the United States Military Academy |

| | |
|---|---|
| Government Exhibit C: | Letter dated May 14, 2007 from Colonel Michael Crawford to Michael Sussman |
| Government Exhibit D: | Aerial Map of Thayer Gate and Stadium at West Point (scale: 1 in = 200 ft) |
| Government Exhibit E: | Aerial Map of all three gates and stadium at West Point (scale: 1 in = 800 ft) |

Dated: New York, New York
May 17, 2007

        Respectfully submitted,
        MICHAEL J. GARCIA
        United States Attorney for the
        Southern District of New York
        *Attorney for Defendants*

By:   /s/
       MARA E. TRAGER (MT-4598)
       JEANNETTE VARGAS (JV-7111)
       Assistant United States Attorneys
       Tel.: (212) 637-2799, 2678
       Fax: (212) 637-2702