UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MICHAEL H. SUSSMAN, BENNETT WEISS,
MAURY KNIGHT and DEMOCRATIC
ALLIANCE OF ORANGE COUNTY,



        Plaintiffs,

07 Civ 03793 (CLB)
FINAL JUDGMENT

-against-

BRIAN A. CRAWFORD, GARRISON
COMMANDER, and UNITED STATES
MILITARY ACADEMY AT WEST POINT,

        Defendants.
----------------------------------------X

    Whereas the above entitled action having been assigned to the Honorable Charles L. Brieant, U.S.D.J., and the Court thereafter on May 18, 2007, having handed down a FINDINGS OF FACT AND CONCLUSIONS OF LAW (docket #7), entering a final judgment in favor of Defendants, Brian A. Crawford, Garrison Commander, and United States Military Academy At West Point, denying all relief, it is,

    **ORDERED, ADJUDGED AND DECREED:** that final judgment is entered in favor of Defendants, Brian A. Crawford, Garrison Commander, and United States Military Academy At West Point, that all relief shall be denied, the case is hereby closed.

DATED: White Plains, N.Y.
        May 18, 2007

J. Michael McMahon
Clerk Of Court

DOCKETED AS
A JUDGMENT
ON

USDC SD NYWP   MICROFILM   MAY 1 8 2007