UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MICHAEL H. SUSSMAN, BENNETT
WEISS, MAURY KNIGHT and
DEMOCRATIC ALLIANCE OF             NOTICE OF APPEAL
ORANGE COUNTY,

                Plaintiffs,
                                              07 Civ 3793 (CLB)
-vs-                                             ECF Case

BRIAN A. CRAWFORD, GARRISON
COMMANDER and UNITED STATES
MILITARY ACADEMY AT WEST POINT,

                Defendants.
-------------------------------------------------------X

       PLEASE TAKE NOTICE that plaintiffs appeal to the United States Court of Appeals for the Second Circuit from the Decision and Order of Hon. Charles L. Brieant denying their request for Rule 65 relief seeking an order allowing to peacefully march at United States Military Academy at West Point on graduation day, May 26, 2007.

Dated:     May 18, 2007

                                                                           Respectfully submitted,

                                                                    STEPHEN BERGSTEIN (6810)

                                                                    BERGSTEIN & ULLRICH, LLP
                                                                            15 Railroad Avenue
                                                                         Chester, New York 10918
                                                                                (845) 469-1277
                                                                            Counsel for plaintiffs

To:      Mara E. Trager, Esq.
           Assistant United States Attorney
           86 Chambers Street
           New York, N.Y. 10007
           Counsel for defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
MICHAEL H. SUSSMAN, BENNETT
WEISS, MAURY KNIGHT and
DEMOCRATIC ALLIANCE OF
ORANGE COUNTY,

               Plaintiffs,

                                           07 Civ 3793 (CLB)
-vs-                                       ECF Case

BRIAN A. CRAWFORD, GARRISON
COMMANDER and UNITED STATES
MILITARY ACADEMY AT WEST POINT,

               Defendants.
---------------------------------------------------------X

## AFFIRMATION OF SERVICE

       I, Stephen Bergstein, hereby affirm that on May 18, 2007, I faxed and mailed a copy of the attached Notice of Appeal on counsel for defendants at the below address:

Mara E. Trager, Esq.
Assistant United States Attorney
86 Chambers Street
New York, N.Y. 10007
Counsel for defendants

                                                                _____
                                                                 STEPHEN BERGSTEIN